UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
OCT 17 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 4:19CR875 ERW/NCC |
| YAHONTAS MOORE, | ) |
| Defendant. | ) |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about May 13, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**YAHONTAS MOORE,**

the Defendant herein, did knowingly obstruct, delay, and affect commerce and the movement of any article or commodity in commerce or attempt to do so by robbery of the 7-11 Convenience Store at 2807 Sulphur Avenue, St. Louis, Missouri, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have previously been transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1951(a), and punishable under Title 18, United States Code, Section 1951(a).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ALLISON H. BEHRENS, #38482MO
Assistant United States Attorney